**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Rosalind Reed Thibodeaux        Darhlene Major
In Proper Person                    Attorney at Law
7176 B. Cemetery Highway      7022 Island Road
St. Martinvill LA 70582         Jarreau LA 70749-3008

**REHEARING ACTION: May 12, 2010**

**Docket Number: 09   01266-CA**

**ROSALIND REED THIBODEAUX**
**VERSUS**
**LAUREN WADE O'QUAIN**

**Appealed from St. Martin Parish Case No. 73786**

**BEFORE JUDGES:**

      **Hon. James T. Genovese**
      **Hon. Shannon J. Gremillion**
      **Hon. David Ellis Chatelain**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Rosalind Reed Thibodeaux** has this day been

      **DENIED.**

cc: Jack Derrick Miller, Counsel for the Appellant
    Nicole B. Breaux, Counsel for the Appellant